UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:10CR222(EBB) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ROBERT H. RIVERNIDER, JR., et al | : | |
| | : | |
| Defendants. | : | July 27, 2011 |

**REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANTS'
JOINT REQUEST FOR A BILL OF PARTICULARS**

Defendants jointly file this brief response to the government's opposition to their request

for a bill of particulars because neither the government's opposition brief nor the chart that

accompanied it provides the elemental information sought by Defendants:  what false or

misleading statements did Defendants make, which Defendant made the statements, and to

whom were those statements made and when?  The chart identifying alleged victims and their

claimed losses does nothing to identify this essential element of the charged mail fraud crimes.

Nor does the Indictment's list of a handful of communications and transmissions (*see* Count One

¶21, Counts Two through Eight ¶25, Count Nine ¶36, and Counts Ten through Eighteen ¶40)

identify in what respect, if any, the communications or transmissions alleged in those paragraphs

constituted or contained materially false or misleading statements or how such communications

or transmissions constituted or furthered the charged crimes.  In other words, the government has

*not identified a single falsehood or material omission in the Indictment,* let alone all the

falsehoods or material omissions that underlie the charges in this case.

Moreover, neither the government's opposition nor its chart apprises each defendant of

the scope, nature, duration, or sufficiently particular time frame of any of the charged conduct.

Defendants still do not know which acts each is alleged to have done, and what role each is claimed to have played in the alleged conspiracies and substantive crimes. *See United States v. Bortnovsky*, 820 F.2d 572, 574-75 (2d Cir. 1987) (district court abused its discretion by failing to require government "to reveal through a bill of particulars the identity of" particular fraudulent documents that were the foundation of the charged crimes).

Without the essential information of what were the false or misleading statements, which defendant made them and to whom, Defendants and their counsel cannot effectively prepare defenses, and their Fifth and Sixth Amendment rights remain in jeopardy.

Respectfully submitted on behalf of Defendants Rivernider, Ponte and Seneca,

    Shelley R. Sadin   /s/
Shelley R. Sadin (ct 05090)


Zeldes, Needle & Cooper, P. C.
1000 Lafayette Boulevard
Bridgeport, CT  06601-1740
(203) 333-9441 (Telephone)
(203) 333-1489 (Facsimile)
ssadin@znclaw.com (E-Mail)

Attorney for Defendant
Robert Rivernider

2

<u>CERTIFICATION</u>

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated at Bridgeport, Connecticut on this 27th day of July, 2011.


<u>    Shelley R. Sadin     /s/   </u>
Shelley R. Sadin