UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CASE NO. 3:10-cr-222 (RNC) |
| | : | |
| ROBERT RIVERNIDER | : | |
| | : | |
| Defendant. | : | |

SECOND ORDER REGARDING COMPASSIONATE RELEASE

Yesterday, an order entered granting Mr. Rivernider's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (hereinafter "the Order").  The Order conditioned Mr. Rivernider's immediate release from the custody of the Bureau of Prisons on a requirement that he be tested by BOP for COVID-19.  The Court anticipated that the testing process could be completed in about one day.  However, the Government has reported that the testing process may take 5-7 days to be completed.  In requiring that Mr. Rivernider be tested prior to his release, the Court did not intend to delay his release for that period of time.

Accordingly, the Order is hereby modified as follows:

The requirement that Mr. Rivernider be tested by the BOP prior to his release is eliminated.

Mr. Rivernider's sentence of imprisonment is reduced to time-served and he will be released forthwith.

Mr. Rivernider will self-quarantine at his father's residence for a period of fourteen days.

During the 14-day period of self-quarantine, Mr. Rivernider will endeavor to make arrangements to be tested for COVID-19. If he tests positive, he will notify the BOP.

All other terms of the Order remain in effect.

So ordered this 13th day of May 2020.

_____/s/ RNC_____
Robert N. Chatigny
United States District Judge

2