LOCAL PROB 12C
(06/22)

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Rivernider

Docket Number: 0205 3:10CR00222-001

Sentencing Judicial Officer: Honorable Robert N. Chatigny, Senior United States District Judge

Date of Original Sentence: December 18, 2013

Original Offense: Count 1: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349
Counts 2-8 and 10-13: Wire Fraud, in violation of 18 U.S.C. § 1343
Count 9: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349
Counts 14-18: Wire Fraud, in violation of 18 U.S.C. § 1343

Original Sentence: 144 months' imprisonment, all terms to be served concurrently; 3 years' supervised release on each of Counts 1-8 and 10-13, and five years on each Counts 9, and 14-18, all terms to run concurrently

Type of Supervision: Supervised Release    Date Supervision Commenced: May 14, 2020
AUSA: Christopher W. Schmeisser    Defense Attorney: Terence S. Ward

---

**PETITIONING THE COURT**

☒ To issue a summons for a violation hearing
☐ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Charge # 1
Special

The defendant will pay restitution at a rate of $500 per month. Monthly payments will be sent to the Clerk, U.S. District Court, 141 Church Street, New Haven, CT 06510. The monthly payment schedule may be adjusted based on the defendant's ability to pay as determined by the Probation Office and approved by the Court. The defendant will pay restitution in accordance with a restitution order that will be entered in this case at a later date.

Mr. Rivernider's special penalty assessment was $1,800 and his restitution was ordered joint and severally in the amount of $22,140,765.9.

Information received from the Financial Litigation Unit (FLU) reflects that Mr. Rivernider satisfied his $1,800 special assessment. To date, Mr. Rivernider has paid $779.91 toward his restitution and has an outstanding joint and several restitution order of $22,118,331.06. Mr.

Rivernider did not submit restitution payments as scheduled for the following months: January 2022, April 2022, May 2022, June 2022, July 2022, August 2022, September 2022, and October 2022. Mr. Rivernider's most recent restitution payment of $25.00 was received on March 8, 2022.

| Charge # 2 Standard #12 | You must follow the instructions of the probation officer related to the conditions of supervision. |

On September 2, 2021, Mr. Rivernider submitted a written request to return to Court to have the issue of his restitution addressed by the Honorable Robert N. Chatigny, Senior U.S. District Judge. On September 22, 2022, the Court responded that Mr. Rivernider's challenge to the restitution order was denied in a lengthy ruling (3:14cv1000, ECF 259 (D. Conn. Sept. 1, 2022). Further, the Court indicated if Mr. Rivernider's motion for early termination is denied, and he continues to refuse to pay restitution, a compliance review hearing will be necessary.

On October 7, 2022, the probation officer in the Middle District of Florida met with Mr. Rivernider at his residence to discuss the Court's ruling. The probation officer advised Mr. Rivernider that the Court made a clear ruling about him submitting restitution payments in compliance with his original Judgment and Commitment regardless of his appeal on the sentence. Mr. Rivernider stated he would continue to submit $25.00 payments and would not pay more until the Judge explained himself.

| Charge # 3 Special | The defendant will not incur credit card charges of more than $250, open additional lines of credit or incur other indebtedness without the prior permission of the Probation Office. |

According to an Equifax report from June 2, 2021, Mr. Rivernider opened seven lines of credit without obtaining prior permission from the U.S. Probation Office in the Middle District of Florida (MDF). It is noted that Mr. Rivernider closed the opened lines of credit at the direction of the probation officer in the Middle District of Florida.

U.S. Probation Officer Recommendations:
It is respectfully recommended that the Court issue a Summons compelling Mr. Rivernider to appear before the Court for a Violation of Supervised Release Hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On   November 16, 2022

Kevin DelBiondo
U.S. Probation Officer

**THE COURT ORDERS:**

☒ Issue a summons for a violation hearing          Date: _____

☐ Issue a warrant

☐ Issue a summons for a compliance review hearing   Date: _____

☐ Other

_____
Signature of Judicial Officer

November 16, 2022
Date

| Submit by Email | Print | Save As... |