# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Robert Rivernider<br>*Defendant* | Case No. 0205 3:10CR00222-001 |

**True Copy**
**ATTEST:**
**DINAH MILTON KINNEY**
**Clerk, U.S. District Court**
By _____
Deputy Clerk

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

| Place: Honorable Robert A. Richardson<br>U.S. Magistrate Judge<br>450 Main Street<br>Hartford, Connecticut 06103 | Courtroom No.: Zoom |
|---|---|
| | Date and Time: December 15, 2022   11:00 AM |

This offense is briefly described as follows:

Mr. Rivernider has been charged with failing to abide by his monthly restitution schedule, failure to follow the instructions of the probation officer related to the conditions of supervision, and opening additional lines of credit or incur other indebtedness without the prior permission of the Probation Office.

Date: November 29, 2022

_____
*Issuing officer's signature*

Julia Reis, Deputy Clerk
*Printed Name and Title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned the summons      ☐ Returned the summons unexecuted

Date: 12/1/2022

_____
*Server's signature*

Amy Hutto, U.S.P.O.
*Printed name and title*