LOCAL PROB 12A
(06/20)

# UNITED STATES DISTRICT COURT
## for
## Connecticut

### First Report on Offender Under Supervision

Name of Offender: Robert Rivernider

Docket Number: 0205 3:10CR00222-001

Sentencing Judicial Officer: Honorable Robert N. Chatigny, Senior United States District Judge

Date of Original Sentence: December 18, 2013

Original Offense: Count 1: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349
Counts 2-8 and 10-13: Wire Fraud, in violation of 18 U.S.C. § 1343
Count 9: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349
Counts 14-18: Wire Fraud, in violation of 18 U.S.C. § 1343

Original Sentence: 144 months' imprisonment, all terms to be served concurrently; 3 years' supervised release on each of Counts 1-8 and 10-13, and five years on each Counts 9, and 14-18, all terms to run concurrently

Type of Supervision: Supervised Release   Date Supervision Commenced: May 14, 2020

AUSA: Christopher W. Schmeisser   Defense Attorney: Robert Frost

---

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Noncompliance | Nature of Noncompliance |
|---|---|
| Charge # 1<br>Mandatory #1 | The defendant shall not commit another federal, state or local offense<br><br>Information received from the Middle District of Florida reflects that on September 29, 2023, Mr. Rivernider was arrested for Forgery of a Public Record, Uttering Forged Public Record, and Fraud in Connection with Casting a Ballot. Mr. Rivernider was released on a $10,000 bond and is not yet scheduled to return to Court.<br><br>According to the Elections Fraud Complaint, the defendant, Mr. Rivernider Jr., is alleged to have signed the Vote by Mail Ballot for his deceased father, Robert Henry Rivernider Sr. Mr. Rivernider Sr. is believed to have died on October 19, 2020. The Vote by Mail Envelope for Mr. Rivernider Sr. was signed and dated October 16, 2020, but postmarked on October 23, 2020. Since the postmarked date was after the death, the ballot was not counted.<br><br>Based on the comparison of the signatures for both Mr. Rivernider Jr. and Sr., there appear to be similarities in the 2020 election signatures that match Mr. Rivernider Jr.'s signature, but not prior versions of Mr. |

Rivernider Sr.'s signature. Amended Information filed by State of Florida, on October 5, 2023, indicates that Mr. Rivernider Jr. submitted an official 2020 vote by mail, with the signature of his deceased father.

**U.S. Probation Officer Action:**
On August 1, 2023, Mr. Rivernider appeared for a Violation of Supervised Release Hearing and was found in violation and his restitution schedule was increased to $400 per month. Mr. Rivernider has since complied with the modified restitution order.

On the date of arrest, defense counsel immediately notified the undersigned and supervising officer in the Middle District of Florida (MDF) of Mr. Rivernider's arrest. In light of the new arrest, the MDF Probation Office will continue to monitor the defendant's conduct. Notably, Mr. Rivernider's alleged conduct occurred approximately three years ago.

**U.S. Probation Officer Recommendations:**
The U.S. Probation Office respectfully recommends for the Court to take no action and to allow Mr. Rivernider the opportunity to resolve the matter with the State of Florida. Mr. Rivernider will be subject to any penalties executed by the State of Florida relative to the state charges. In addition, Mr. Rivernider was held in custody for approximately 24 hours before he was released on bond.

Respectfully Submitted:

Kevin DelBiondo
U.S. Probation Officer

Date: October 6, 2023

**Submit by Email**   **Print**   **Save As...**

☒ Concur with the action(s) taken by the U.S. Probation Officer
☐ Submit a request for modifying the condition or term of supervision
☐ Submit a request for summons for compliance review hearing
☐ Submit a request for summons for violation hearing
☐ Submit a request for warrant for violation hearing
☐ Other

_____
Judicial Officer

October 13, 2023
Date