UNDER GOD,

CASE#_3:10-cr-00222_____

# DEFAULT WRIT OF FORFEITURE

# BY WE THE PEOPLE OF THE UNITED STATES OF AMERICA

**To: Stephen M. West,**

Acting without lawful authority in the capacity of an official of the United States Government.

In the Name of We the People of the United States of America, this Default Writ of Forfeiture is issued against you, **Stephen M. West**, for your failure to provide proof of lawful authority to hold public office within the stipulated time, as ordered by the Writ of Scire Facias, dated October 21, 2024.

**WHEREAS, you have not submitted the required documents—namely:**

1. **A valid commission of office,**
2. **A legally binding oath of office, as mandated by both state and federal law,**
3. **Proof of a fiduciary bond to ensure the lawful discharge of duties;**

**THEREFORE, by default and in accordance with the authority vested in this writ, it is hereby declared:**

**Forfeiture Orders and Nullification**

UNDER GOD,

CASE#_3:10-cr-00222_____

1. **Forfeiture of Office:** You are immediately stripped of any claim to the office and all associated authority, rights, and privileges.

2. **Nullification of Actions:** All actions, decisions, and official duties undertaken by you under the assumed office are declared null and void, without any legal standing or effect.

3. **Cease and Desist:** You are ordered to cease and desist all activities under the office title immediately.

## Additional Orders

1. The Clerk of Courts is hereby instructed to dismiss and settle the indictment in Case #3:10-cr-00222.

2. You are ordered to cease and desist from all collection activities related to this matter.

3. You are ordered to report the dismissal of Case #3:10-cr-00222 to the IRS immediately upon action.

4. Failure to dismiss the case within 24 hours of receipt will subject all parties to additional fees as detailed in the attached fee schedule.

5. You are hereby ordered to deliver all Bonds, Securities, and/or other financial instruments related to the case to counter claimants/defendants.

## Violations and Misconduct in Office

UNDER GOD,

CASE#_3:10-cr-00222_____

**Your conduct constitutes multiple violations and misappropriations of federal and state law, including but not limited to:**

1. **Violation of the Oath of Office: By failing to affirm or uphold the Constitution as required by Article VI, Section 3 of the United States Constitution, you have violated your commitment to support the constitutional form of government and operate outside its laws.**

2. **False Pretending to be an Official: Under federal law, your actions represent a fraudulent assumption of office without lawful authorization, which constitutes False Pretenses and misrepresentation of official authority.**

3. **Misappropriation of Public Funds: Any funds utilized under this office title without lawful authority are deemed misappropriated, subject to investigation, and potential restitution.**

4. **Violation of the Supremacy Clause (Article VI, Section 2): Acting without legitimate authority undermines the lawful structure of government and contravenes the supremacy of the Constitution, in direct conflict with the Constitution's Supremacy Clause.**

5. **Treason (Article III, Section 3 of the United States Constitution): Any actions undertaken that actively betray the lawful government by usurping authority constitute grounds for investigation under Article III, Section 3, defining treason as acts against the United States.**

UNDER GOD,

CASE#_3:10-cr-00222_____

6. **Contravention of the Articles of Confederation:** Your unauthorized actions also infringe upon the foundational principles established within the Articles of Confederation, which set forth an agreement to uphold a cooperative form of government under duly established authority.

**Additional Remedies and Compensatory Damages**

You are hereby subject to:

- Claims for compensatory damages due to harm inflicted upon individuals or the public by unauthorized acts,
- Further disciplinary measures, civil, or criminal liability in alignment with state and federal law.

**ORDERED AND EXECUTED** on this day, [insert date], under the Seal of We the People of the State of Connecticut.

We the People of the United States of America

*By: Robert Henry Rivernider JR* (signature)

Robert Henry Rivernider, Jr.

c/o 14 S Bobwhite Rd

Wildwood, Florida [34785]

bobriver@icloud.com

4

DEFAULT WRIT OF SCIRE FASCIAS

UNDER GOD,

CASE#_3:10-cr-00222_____

STATE OF FLORIDA,
COUNTY OF SUMTER, ss:

The foregoing instrument was acknowledged before me, by means of ☑ physical presence or ☐ online notarization, this __31ˢᵗ__ day of __October__, __2024__ by ROBERT HENRY RIVERNIDER JR, who is personally known to me or who has produced __FL DL_____ as identification.

_____
Signature of person taking acknowledgment

__ELIZABETH BAYBUSKY__
Name typed, printed, or stamped

ELIZABETH BAYBUSKY
MY COMMISSION # HH 443871
EXPIRES: September 13, 2027

Seal: _____

5

**DEFAULT WRIT OF SCIRE FASCIAS**

UNDER GOD,

CASE#___3:10-cr-00222___

## MEMORANDUM OF POINTS AND AUTHORITIES

## IN SUPPORT OF DEFAULT WRIT OF FORFEITURE

### I. INTRODUCTION

This Memorandum of Points and Authorities is submitted in support of the Default Writ of Forfeiture issued by We the People of the United State of America against Stephen M. West. This writ addresses the Defendant's failure to provide proof of lawful authority to hold office and outlines statutory, constitutional, and historical grounds for the forfeiture of office, nullification of actions, and additional orders.

### II. STATEMENT OF FACTS

1. **Issuance of Writ of Scire Facias**: On October 21, 2024, a Writ of Scire Facias was issued to Stephen M. West, demanding proof of lawful authority, including a valid commission, an oath of office, and a fiduciary bond.

2. **Failure to Comply**: Defendant has failed to produce the required documentation within the stipulated period, thereby demonstrating lack of legal authority to occupy or execute the functions of the office.

3. **Default Writ of Forfeiture Issued**: Consequently, a Default Writ of Forfeiture has been issued, declaring forfeiture of office, nullification of actions, and additional orders.

### III. POINTS AND AUTHORITIES

UNDER GOD,

CASE#___3:10-cr-00222___

## A. Constitutional Requirements for Public Office

1. **U.S. Constitution, Article VI, Clause 3**

   The U.S. Constitution mandates that all public officials take an oath to support the Constitution. Failure to take and uphold this oath invalidates any legal authority claimed by the Defendant, as acting without this constitutional requirement violates the form of lawful governance intended by the Constitution.

2. **Violation of Supremacy Clause (Article VI, Section 2)**

   By assuming office without proper authorization, the Defendant has violated the Supremacy Clause, which establishes the Constitution and federal laws as the supreme law of the land. Actions taken without legitimate authority undermine the supremacy of the Constitution, rendering such actions null and void.

3. **Treason under Article III, Section 3**

   The Constitution defines treason as actions betraying the United States, including unauthorized assumption of public office to usurp lawful government functions. The Defendant's assumption of office without lawful authority constitutes a direct affront to constitutional governance, falling within grounds for potential treason under Article III, Section 3.

## B. Violations of State and Federal Statutes

UNDER GOD,

CASE#____3:10-cr-00222____

1. **False Pretending to be an Official**

   Federal and state statutes criminalize the assumption of official roles without proper authority. By continuing to act under a title without lawful authority, the Defendant has misrepresented their position, constituting a violation of statutes against false representation and impersonation of an official.

2. **Misappropriation of Public Funds**

   Use of public funds without valid authority constitutes misappropriation. The Defendant's occupancy of office without a lawful commission or bond to protect public interest in office duties effectively misappropriates resources and trust allocated for legitimate officeholders.

## C. Historical Violations and the Articles of Confederation

1. **Violation of Articles of Confederation**

   Though superseded by the Constitution, the Articles of Confederation underscored the principles of cooperative governance and the rule of law. The Defendant's assumption of authority without a lawful basis infringes on these founding principles, reinforcing the position that only duly authorized officials may wield governmental power.

## D. Legal Precedents for Forfeiture of Office

UNDER GOD,

CASE#___3:10-cr-00222___

1. **Forfeiture of Office Due to Lack of Qualifications**

    Courts have long upheld that individuals lacking lawful qualifications for office cannot exercise its powers. Legal precedent supports immediate forfeiture of office for those who fail to provide documentation establishing their right to occupy the position, as seen in *Marbury v. Madison*, where legal appointment is necessary to assume public duties.

### E. Demand for Dismissal of Case and Additional Orders

1. **Dismissal of Case and Reporting to IRS**

    The Default Writ instructs the Clerk of Courts to dismiss Case #3:10-cr-00222 and requires notification to the IRS. This demand is consistent with ensuring that all actions taken by the Defendant under false authority are fully retracted, preventing further legal or financial consequences.

2. **Penalty for Non-Compliance**

    Failure to comply with the dismissal order within 24 hours subjects all parties to penalties, reinforcing the need for immediate compliance to restore lawful governance.

### IV. CONCLUSION

For the reasons stated, We the People of the United States of America respectfully submit that the Default Writ of Forfeiture is legally sound, justified by the U.S. Constitution, state and federal statutes, and historical foundations of governance. The forfeiture of office, nullification of

UNDER GOD,

CASE#____3:10-cr-00222____

actions, and additional orders outlined in the writ are appropriate and necessary to uphold constitutional and legal standards.

**Respectfully submitted,**

We the People of the United States of America

By: *[signature]*

Robert Henry Riverrider, Jr.
c/o 14 S Bobwhite Rd
Wildwood, Florida [34785]
bobriver@icloud.com
Date: October 31, 2024

CC: 1. Connecticut Federal Grand Jury
       450 Main St., Hartford, CT 06103

2. United States House of Representatives
   Speaker Michael Johnson
   568 Cannon House Office Building
   Washington, DC 20515

3. US House Judiciary Committee Chairman Jim Jordan
   2138 Rayburn House Building Washington, DC 20515

4. US Senate Judiciary Committee Chairman Richard Durbin
   224 Dirksen Senate Office Building Washington, DC 20510

5. Attorney General State of Florida
   Attorney General Ashley Moody Office of the Attorney General
   State of Florida
   PL-01,
   The Capitol Tallahassee, FL 32399-1050

UNDER GOD,

CASE#____3:10-cr-00222____

6. Attorney General State of Connecticut Attorney General William Tong
   Office of the Attorney General
   165 Capitol Avenue
   Hartford, CT 06106

7. The Connecticut General Assembly Grand Jury
   Legislative Office Building
   300 Capitol Avenue RM 5300
   Hartford, CT 06106

8. Governor Ned Lamont State Capitol
   210 Capitol Avenue
   Hartford, CT 06103

9. Sumter County Florida Sheriff William Farmer
   C/O Under Sheriff Patrick Breeden
   7361 Powell Rd.
   Wildwood, FL 34785