PROB 22
Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
0205 3:10CR00222-001

**DOCKET NUMBER (Rec. Court)**
5:24-cr-138-TPB-PRL

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Rivernider | CONNECTICUT | HARTFORD |

**NAME OF SENTENCING JUDGE**
Honorable Robert N. Chatigny, U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 05/14/2020 TO 09/18/2025

**OFFENSE**
FRAUD BY WIRE - RADIO - OR TELEVISION
18:1343.F - Class B Felony - FRAUD BY WIRE - RADIO - OR TELEVISION
18:1349.F - Class C Felony - ATTEMPT AND CONSPIRACY TO COMMIT FRAUD.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Rivernider has established himself in Middle District of Florida. He has no ties to Connecticut and no plans of returning to Connecticut.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____    Robert N Chatigny  *Digitally signed by Robert N Chatigny Date: 2024.12.04 16:04:47 -05'00'*
Date                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/09/2024                    [signature]
*Effective Date*              *United States District Judge*