UNDER GOD,

CASE# 3:10-cr-00222

**IN THE UNITED STATES DISTRICT COURT**

APR 1 2025 PM 1:15
FILED-USDC-CT-HARTFORD

**FOR THE DISTRICT OF CONNECTICUT**

**We the People of the United States**,

Robert H. Rivernider,

v.

UNITED STATES

**Robert N. Chatigny**

Defendant(s).

## NOTICE OF PERMANENT INJUNCTION

WE THE PEOPLE hereby issue this permanent injunction from any and all attempts to collect "RESTITUTION" or disburse any funds.

You are hereby ORDERED to return all funds received to the parties directly who they were collected from.

You are further ordered to inform all collection companies, including the U.S. Attorney Connecticut, Financial Litigation Unit and the U.S. Department of the Treasury, Bureau of the Fiscal Services to cease and desist from all collection activities.

1

INJUNCTION

UNDER GOD,

CASE# 3:10-cr-00222

Any further attempts, or failure to follow this order within 24 hours and notify all parties, will result in criminal complaints filed with the appropriate Federal and State authorities against all parties.

*[signature: Robt H. Rivers]*

By: Robert H. Riverider

    Authorized Representative

## JURAT

State of Florida    ) affirmed and subscribed

County of Sumter )

This 25th day of March, 2025.

I, *Robin M McCollough*, Notary Public, attest that one using the person ROBERT HENRY RIVERNIDER appears before me and affirms the above statements by subscribing this Monday, the Twenty-Fifth day of March in the year of our lord two thousand and twenty-five [March 25, 2025].

Notary Public Signature *Robin M McCollough*

My Commission Expires *Mar. 20, 2028*

ROBIN M. MCCOLLOUGH
MY COMMISSION # HH 506466
EXPIRES: March 20, 2028

2

INJUNCTION